# UNITED STATES BANKRUPTCY COURT

Eastern _____ District of __Washington__

In re __Raone Looper_____ ,
Debtor

Case No. __13-03322_____
Chapter _7__

## REAFFIRMATION AGREEMENT COVER SHEET

This form must be completed in its entirety and filed, with the reaffirmation agreement attached, within the time set under Rule 4008. It may be filed by any party to the reaffirmation agreement.

1.  Creditor's Name: __CAPITAL ONE, N.A. - BEST BUY CO., INC.__

2.  Amount of the debt subject to this reaffirmation agreement:
    $__1,280.33__ on the date of bankruptcy     $__1,280.33__ to be paid under reaffirmation agreement

3.  Annual percentage rate of interest: _____% prior to bankruptcy
    __0__% under reaffirmation agreement ( ____ Fixed Rate ____ Adjustable Rate)

4.  Repayment terms (if fixed rate): $__50.00__ per month for __26__ months

5.  Collateral, if any, securing the debt: Current market value: $_____1280.33
    Description: __47"TV,XBX,PSP,MICROWAVE_____

6.  Does the creditor assert that the debt is nondischargeable? ___Yes ___ No
(If yes, attach a declaration setting forth the nature of the debt and basis for the contention that the debt is nondischargeable.)

| Debtor's Schedule I and J Entries | Debtor's Income and Expenses as Stated on Reaffirmation Agreement |
|---|---|
| 7A. Total monthly income from Schedule I, line 16 $ 3380⁰⁰ | 7B. Monthly income from all sources after payroll deductions $ 4400⁰⁰ |
| 8A. Total monthly expenses from Schedule J, line 18 $ 4357 | 8B. Monthly expenses $ 4300⁰⁰ |
| 9A. Total monthly payments on reaffirmed debts not listed on Schedule J $ 346⁰⁰ | 9B. Total monthly payments on reaffirmed debts not included in monthly expenses $ 296⁰⁰ |
| | 10B. Net monthly income $ <196⁰⁰> (Subtract sum of lines 8B and 9B from line 7B. If total is less than zero, put the number in brackets.) |

11.    Explain with specificity any difference between the income amounts (7A and 7B):
       _Will be able to reduce expences._
       _____

12.    Explain with specificity any difference between the expense amounts (8A and 8B):
       _____
       _____

       If line 11 or12 is completed, the undersigned debtor, and joint debtor if applicable, certifies that
any explanation contained on those lines is true and correct.

_____Mchoue_____               _____Rerun Jose_____
Signature of Debtor (only required if         Signature of Joint Debtor (if applicable, and only
line 11 or 12 is completed)                   required if line 11 or 12 is completed)

## Other Information

☑    Check this box if the total on line 10B is less than zero. If that number is less than zero, a
presumption of undue hardship arises (unless the creditor is a credit union) and you must explain with
specificity the sources of funds available to the Debtor to make the monthly payments on the
reaffirmed debt: _will reduce expenses by $100/mo_____
_____

Was debtor represented by counsel during the course of negotiating this reaffirmation agreement?
       ✔ Yes                    _____No

If debtor was represented by counsel during the course of negotiating this reaffirmation agreement, has
counsel executed a certification (affidavit or declaration) in support of the reaffirmation agreement?
       ✔ Yes                    _____No

## FILER'S CERTIFICATION

       I hereby certify that the attached agreement is a true and correct copy of the reaffirmation
agreement between the parties identified on this Reaffirmation Agreement Cover Sheet.

                                        _____
                                        Signature

                                        _____
                                        Print/Type Name & Signer's Relation to Case

```
                        BEST BUY
                        00003558
                  SPOKANE    , WA 99216
             Store Phone Number 509 924 4361

                          SALE

Order:            Date: 11/11/10        Term ID: 004 Cashier#: 00155885
                  08:35 PM

Product Code      Description              Quantity              Amount
9811755           LG 47" 120HZ                 1                 944.99
                  INTERNET
                  CONNEC
1069212           XBOX 360 250GB               1                 297.49
                  HARDWARE
9977237           X360-SHAUN                   1                  57.49
                  WHITE
                  SKATEBOARDI
8427106           DYNEX 6FT HDMI               1                  29.99
                  CABLE
1093475           X360-LEGO SW                 1                  19.99
                  COMPLETE SAGA
5426693           REWARD ZONE                  1                   0.00
                  CARD

                                       Subtotal                1349.95
                                            Tax                 117.45
                                          Total                1467.40
Acct#:  . __ .__ . . . . . _ _6842
Payment Type: BBY CARD/HSBC
Amount: 1467.4
Card Type: PL2
Tran#: 03556858
Auth#: 040045
Auth-CD: ELEC
Manual Tran Ind:
Signature:
```

              KEEP YOUR RECEIPT!
      I HAVE READ AND AGREE TO ALL
      RETURN AND REFUND POLICIES
      PRINTED ON THE BACK OF THIS
        RECEIPT AND POSTED IN THE
      STORE. I HAVE RECEIVED GOODS
      AND/OR SERVICES IN THE AMOUNT
               SHOWN ABOVE.
   BESTBUY.COM RETURN AND EXCHANGE
    INFORMATION AND PRICE MATCH POLICY
  MAY VARY SLIGHTLY FROM IN-STORE POLICY.
     PLEASE LOG ONTO WWW.BESTBUY.COM
            FOR COMPLETE DETAILS
      >>>>>>> ELECTRONIC COPY <<<<<<<

```
                        BEST BUY
                        00003558
                   SPOKANE      , WA 99216
               Store Phone Number 509 924 4361

                          SALE

Order:            Date: 06/18/10      Term ID: 003   Cashier#: 258919
                  04:07 PM

Product Code      Description           Quantity          Amount
8988679           PSP RFISH                  1             19.99
                  PROTECT, PLAY
                  AND
5426693           REWARD ZONE                1              0.00
                  CARD
9932435           PSP METAL GEAR             1            199.99
                  SOLID BUNDLE

                                        Subtotal          219.98
                                        Tax               19.14
                                        Total            239.12
Acct#: _ _ _ _ _ _ _ _ _6842
Payment Type: BBY CARD/HSBC
Amount: 239.12
Card Type: PL2
Tran#: 35501269
Auth#: 062578
Auth-CD: ELEC
Manual Tran Ind:
Signature:
```

KEEP YOUR RECEIPT!
I HAVE READ AND AGREE TO ALL
RETURN AND REFUND POLICIES
PRINTED ON THE BACK OF THIS
RECEIPT AND POSTED IN THE
STORE. I HAVE RECEIVED GOODS
AND/OR SERVICES IN THE AMOUNT
SHOWN ABOVE.
BESTBUY.COM RETURN AND EXCHANGE
INFORMATION AND PRICE MATCH POLICY
MAY VARY SLIGHTLY FROM IN-STORE POLICY.
PLEASE LOG ONTO WWW.BESTBUY.COM
FOR COMPLETE DETAILS
>>>>>>> ELECTRONIC COPY <<<<<<<

**BEST BUY**
00003558
SPOKANE , WA 99216
Store Phone Number 509 924 4361

SALE

| Order: | Date: 04/06/10 08:49 PM | Term ID: 003 | Cashier#: 057397 |
|---|---|---|---|

| Product Code | Description | Quantity | Amount |
|---|---|---|---|
| 9240216 | 1.6 SENSOR MICROWAVE | 1 | 129.99 |
| 8608269 | KATE & LEOPOLD/SEREN DIPTY 2P | 1 | 9.99 |
| 9515535 | WII-STAR WARS THE CLONE WARS | 1 | 19.99 |
| 5426693 | REWARD ZONE CARD | 1 | 0.00 |

|  |  | Subtotal | 159.97 |
|---|---|---|---|
|  |  | Tax | 13.92 |
|  |  | Total | 173.89 |

Acct#: 6842
Payment Type: BBY CARD/HSBC
Amount: 173.89
Card Type: PL2
Tran#: 35502510
Auth#: 074252
Auth-CD: ELEC
Manual Tran Ind:
Signature:

KEEP YOUR RECEIPT!
I HAVE READ AND AGREE TO ALL
RETURN AND REFUND POLICIES
PRINTED ON THE BACK OF THIS
RECEIPT AND POSTED IN THE
STORE. I HAVE RECEIVED GOODS
AND/OR SERVICES IN THE AMOUNT
SHOWN ABOVE.
BESTBUY.COM RETURN AND EXCHANGE
INFORMATION AND PRICE MATCH POLICY
MAY VARY SLIGHTLY FROM IN-STORE POLICY.
PLEASE LOG ONTO WWW.BESTBUY.COM
FOR COMPLETE DETAILS
>>>>>>> ELECTRONIC COPY <<<<<<<

B240A (Form B240A) (04/10)

Check one.
❑ **Presumption of Undue Hardship**
❑ **No Presumption of Undue Hardship**
*See Debtor's Statement in Support of Reaffirmation,*
*Part II below, to determine which box to check.*

# UNITED STATES BANKRUPTCY COURT
Eastern _____ District of  Washington

In re _____ Raone Looper _____,          Case No. 13-03322 _____
                    *Debtor*
                                                               Chapter  7 _____

## REAFFIRMATION DOCUMENTS

**Name of Creditor:**  CAPITAL ONE, N.A. - BEST BUY CO., INC. _____

❑  Check this box if Creditor is a Credit Union

## PART I. REAFFIRMATION AGREEMENT

**Reaffirming a debt is a serious financial decision.  Before entering into this Reaffirmation Agreement, you must review the important disclosures, instructions, and definitions found in Part V of this form.**

A.  Brief description of the original agreement being reaffirmed: _____ Secured revolving account _____

                                                                    *For example, auto loan*

B.  *AMOUNT REAFFIRMED*:        $ _____ 1280.33 _____

       The Amount Reaffirmed is the entire amount that you are agreeing to pay.  This may include
       unpaid principal, interest, and fees and costs (if any) arising on or before _____,
       which is the date of the Disclosure Statement portion of this form (Part V).

       *See the definition of "Amount Reaffirmed" in Part V, Section C below.*

C.  The *ANNUAL PERCENTAGE RATE* applicable to the Amount Reaffirmed is _____ 0 ___%.

       *See definition of "Annual Percentage Rate" in Part V, Section C below.*

       This is a *(check one)*   ☑ Fixed rate                    ❑ Variable rate

If the loan has a variable rate, the future interest rate may increase or decrease from the Annual Percentage Rate disclosed here.

11.  Explain with specificity any difference between the income amounts (7A and 7B):

_New job higher pay._

12.  Explain with specificity any difference between the expense amounts (8A and 8B):

_____

        If line 11 or12 is completed, the undersigned debtor, and joint debtor if applicable, certifies that any explanation contained on those lines is true and correct.

_____          _____
Signature of Debtor (only required if          Signature of Joint Debtor (if applicable, and only
line 11 or 12 is completed)                      required if line 11 or 12 is completed)

Other Information

☒   Check this box if the total on line 10B is less than zero. If that number is less than zero, a presumption of undue hardship arises (unless the creditor is a credit union) and you must explain with specificity the sources of funds available to the Debtor to make the monthly payments on the reaffirmed debt: _Debtor will be able to reduce other expenses_
_____

Was debtor represented by counsel during the course of negotiating this reaffirmation agreement?
__✓__Yes                    _____No

If debtor was represented by counsel during the course of negotiating this reaffirmation agreement, has counsel executed a certification (affidavit or declaration) in support of the reaffirmation agreement?
__✓__Yes                    _____No

### FILER'S CERTIFICATION

        I hereby certify that the attached agreement is a true and correct copy of the reaffirmation agreement between the parties identified on this Reaffirmation Agreement Cover Sheet.

                                        _____
                                        Signature

                                        _____
                                        Print/Type Name & Signer's Relation to Case

D. Reaffirmation Agreement Repayment Terms *(check and complete one)*:

    ❒    $ __50.00__ per month for __26__ months starting on __20/01/2013__ .

    ❒    Describe repayment terms, including whether future payment amount(s) may be different from the initial payment amount.

_____

_____

_____

E. Describe the collateral, if any, securing the debt:

    Description:                    47"TV,XBX,PSP,MICROWAVE

    Current Market Value      $ _____ 1280.33

F. Did the debt that is being reaffirmed arise from the purchase of the collateral described above?

                                                         1,280.33

    ☑ Yes. What was the purchase price for the collateral?        $ _____

    ❒ No. What was the amount of the original loan?        $ _____

G. Specify the changes made by this Reaffirmation Agreement to the most recent credit terms on the reaffirmed debt and any related agreement:

|  | Terms as of the Date of Bankruptcy | Terms After Reaffirmation |
|---|---|---|
| Balance due *(including fees and costs)* | $ 1,280.33 | $ 1280.33 |
| Annual Percentage Rate | _____ % | 0 _____ % |
| Monthly Payment | $ _____ | $ 50.00 |

H. ❒ Check this box if the creditor is agreeing to provide you with additional future credit in connection with this Reaffirmation Agreement. Describe the credit limit, the Annual Percentage Rate that applies to future credit and any other terms on future purchases and advances using such credit:

_____

_____

## PART II.     DEBTOR'S STATEMENT IN SUPPORT OF REAFFIRMATION AGREEMENT

A. Were you represented by an attorney during the course of negotiating this agreement?

    Check one.    ☑ Yes    ❒ No

B. Is the creditor a credit union?

    Check one.    ❒ Yes    ☑ No

C. If your answer to EITHER question A. or B. above is "No," complete 1. and 2. below.

   1.    Your present monthly income and expenses are:

        a. Monthly income from all sources after payroll deductions
        (take-home pay plus any other income)                        $ 4460 $^{00}$

        b. Monthly expenses (including all reaffirmed debts except
        this one)                                     $ 4596 $^{00}$

        c. Amount available to pay this reaffirmed debt (subtract b. from a.)    $ <196>

        d. Amount of monthly payment required for this reaffirmed debt     $ 50 $^{00}$

*If the monthly payment on this reaffirmed debt (line d.) **is greater than** the amount you have available to pay this reaffirmed debt (line c.), you must check the box at the top of page one that says "Presumption of Undue Hardship." Otherwise, you must check the box at the top of page one that says "No Presumption of Undue Hardship."*

   2.    You believe that this reaffirmation agreement will not impose an undue hardship on you or your dependents because:

        Check one of the two statements below, if applicable:

        ☐       You can afford to make the payments on the reaffirmed debt because your monthly income is greater than your monthly expenses even after you include in your expenses the monthly payments on all debts you are reaffirming, including this one.

        ☒       You can afford to make the payments on the reaffirmed debt even though your monthly income is less than your monthly expenses after you include in your expenses the monthly payments on all debts you are reaffirming, including this one, because:

        will be able to reduce expenses

        Use an additional page if needed for a full explanation.

D. If your answers to BOTH questions A. and B. above were "Yes," check the following statement, if applicable:

        ☒       You believe this Reaffirmation Agreement is in your financial interest and you can afford to make the payments on the reaffirmed debt.

*Also, check the box at the top of page one that says "No Presumption of Undue Hardship."*

## PART III. CERTIFICATION BY DEBTOR(S) AND SIGNATURES OF PARTIES

I hereby certify that:

(1)   I agree to reaffirm the debt described above.

(2)   Before signing this Reaffirmation Agreement, I read the terms disclosed in this Reaffirmation Agreement (Part I) and the Disclosure Statement, Instructions and Definitions included in Part V below;

(3)   The Debtor's Statement in Support of Reaffirmation Agreement (Part II above) is true and complete;

(4)   I am entering into this agreement voluntarily and am fully informed of my rights and responsibilities; and

(5)   I have received a copy of this completed and signed Reaffirmation Documents form.

SIGNATURE(S) (If this is a joint Reaffirmation Agreement, both debtors must sign.):

Date 11-4-13          Signature _____
                                                    *Debtor*

Date 11-4-13          Signature _____
                                            *Joint Debtor, if any*

### Reaffirmation Agreement Terms Accepted by Creditor:

Creditor ___CAPITAL ONE, N.A. - BEST BUY CO., INC.___        ___C/O Bass & Associates, P.C., 3936 E. Ft. Lowell Ste 200, Tucson, AZ, 85712___
                        *Print Name*                                                                      *Address*


_____          _____          _____
    *Print Name of Representative*                              *Signature*                                *Date*


## PART IV. CERTIFICATION BY DEBTOR'S ATTORNEY (IF ANY)

*To be filed only if the attorney represented the debtor during the course of negotiating this agreement.*

I hereby certify that: (1) this agreement represents a fully informed and voluntary agreement by the debtor; (2) this agreement does not impose an undue hardship on the debtor or any dependent of the debtor; and (3) I have fully advised the debtor of the legal effect and consequences of this agreement and any default under this agreement.

☐ A presumption of undue hardship has been established with respect to this agreement. In my opinion, however, the debtor is able to make the required payment.

*Check box, if the presumption of undue hardship box is checked on page 1 and the creditor is not a Credit Union.*

Date 10/31/13 Signature of Debtor's Attorney _____

                    Print Name of Debtor's Attorney _Dustin Daischuer_

## PART V. DISCLOSURE STATEMENT AND INSTRUCTIONS TO DEBTOR(S)

**Before agreeing to reaffirm a debt, review the terms disclosed in the Reaffirmation Agreement (Part I above) and these additional important disclosures and instructions.**

**Reaffirming a debt is a serious financial decision.** The law requires you to take certain steps to make sure the decision is in your best interest. If these steps, which are detailed in the Instructions provided in Part V, Section B below, are not completed, the Reaffirmation Agreement is not effective, even though you have signed it.

### A.    DISCLOSURE STATEMENT

1. **What are your obligations if you reaffirm a debt?**  A reaffirmed debt remains your personal legal obligation to pay.  Your reaffirmed debt is not discharged in your bankruptcy case. That means that if you default on your reaffirmed debt after your bankruptcy case is over, your creditor may be able to take your property or your wages.  Your obligations will be determined by the Reaffirmation Agreement, which may have changed the terms of the original agreement. If you are reaffirming an open end credit agreement, that agreement or applicable law may permit the creditor to change the terms of that agreement in the future under certain conditions.

2. **Are you required to enter into a reaffirmation agreement by any law?**  No, you are not required to reaffirm a debt by any law.  Only agree to reaffirm a debt if it is in your best interest. Be sure you can afford the payments that you agree to make.

3. **What if your creditor has a security interest or lien?**  Your bankruptcy discharge does not eliminate any lien on your property.  A "lien" is often referred to as a security interest, deed of trust, mortgage, or security deed.  The property subject to a lien is often referred to as collateral.  Even if you do not reaffirm and your personal liability on the debt is discharged, your creditor may still have a right under the lien to take the collateral if you do not pay or default on the debt.  If the collateral is personal property that is exempt or that the trustee has abandoned, you may be able to redeem the item rather than reaffirm the debt.  To redeem, you make a single payment to the creditor equal to the current value of the collateral, as the parties agree or the court determines.

4. **How soon do you need to enter into and file a reaffirmation agreement?**  If you decide to enter into a reaffirmation agreement, you must do so before you receive your discharge.  After you have entered into a reaffirmation agreement and all parts of this form that require a signature have been signed, either you or the creditor should file it as soon as possible.  The signed agreement must be filed with the court no later than 60 days after the first date set for the meeting of creditors, so that the court will have time to schedule a hearing to approve the agreement if approval is required.  However, the court may extend the time for filing, even after the 60-day period has ended.

5. **Can you cancel the agreement?**  You may rescind (cancel) your Reaffirmation Agreement at any time before the bankruptcy court enters your discharge, or during the 60-day period that begins on the date your Reaffirmation Agreement is filed with the court, whichever occurs later.  To rescind (cancel) your Reaffirmation Agreement, you must notify the creditor that your Reaffirmation Agreement is rescinded (or canceled).  Remember that you can rescind the agreement, even if the court approves it, as long as you rescind within the time allowed.

6. **When will this Reaffirmation Agreement be effective?**

   a. **If you *were* represented by an attorney during the negotiation of your Reaffirmation Agreement and**

       i. **if the creditor is not a Credit Union,** your Reaffirmation Agreement becomes effective when it is filed with the court unless the reaffirmation is presumed to be an undue hardship. If the Reaffirmation Agreement is presumed to be an undue hardship, the court must review it and may set a hearing to determine whether you have rebutted the presumption of undue hardship.

       ii. **if the creditor is a Credit Union,** your Reaffirmation Agreement becomes effective when it is filed with the court.

   b. **If you *were not* represented by an attorney during the negotiation of your Reaffirmation Agreement,** the Reaffirmation Agreement will not be effective unless the court approves it. To have the court approve your agreement, you must file a motion. See Instruction 5, below. The court will notify you and the creditor of the hearing on your Reaffirmation Agreement. You must attend this hearing, at which time the judge will review your Reaffirmation Agreement. If the judge decides that the Reaffirmation Agreement is in your best interest, the agreement will be approved and will become effective. However, if your Reaffirmation Agreement is for a consumer debt secured by a mortgage, deed of trust, security deed, or other lien on your real property, like your home, you do not need to file a motion or get court approval of your Reaffirmation Agreement.

7. **What if you have questions about what a creditor can do?** If you have questions about reaffirming a debt or what the law requires, consult with the attorney who helped you negotiate this agreement. If you do not have an attorney helping you, you may ask the judge to explain the effect of this agreement to you at the hearing to approve the Reaffirmation Agreement. When this disclosure refers to what a creditor "may" do, it is not giving any creditor permission to do anything. The word "may" is used to tell you what might occur if the law permits the creditor to take the action.

## B.   INSTRUCTIONS

1. Review these Disclosures and carefully consider your decision to reaffirm. If you want to reaffirm, review and complete the information contained in the Reaffirmation Agreement (Part I above). If your case is a joint case, both spouses must sign the agreement if both are reaffirming the debt.

2. Complete the Debtor's Statement in Support of Reaffirmation Agreement (Part II above). Be sure that you can afford to make the payments that you are agreeing to make and that you have received a copy of the Disclosure Statement and a completed and signed Reaffirmation Agreement.

3. If you were represented by an attorney during the negotiation of your Reaffirmation Agreement, your attorney must sign and date the Certification By Debtor's Attorney (Part IV above).

4. You or your creditor must file with the court the original of this Reaffirmation Documents packet and a completed Reaffirmation Agreement Cover Sheet (Official Bankruptcy Form 27).

5. *If you are not represented by an attorney, you must also complete and file with the court a separate document entitled "Motion for Court Approval of Reaffirmation Agreement" unless your Reaffirmation Agreement is for a consumer debt secured by a lien on your real property, such as your home.* You can use Form B240B to do this.

## C.     DEFINITIONS

1.    **"Amount Reaffirmed"** means the total amount of debt that you are agreeing to pay (reaffirm) by entering into this agreement. The total amount of debt includes any unpaid fees and costs that you are agreeing to pay that arose on or before the date of disclosure, which is the date specified in the Reaffirmation Agreement (Part I, Section B above). Your credit agreement may obligate you to pay additional amounts that arise after the date of this disclosure. You should consult your credit agreement to determine whether you are obligated to pay additional amounts that may arise after the date of this disclosure.

2.    **"Annual Percentage Rate"** means the interest rate on a loan expressed under the rules required by federal law. The annual percentage rate (as opposed to the "stated interest rate") tells you the full cost of your credit including many of the creditor's fees and charges. You will find the annual percentage rate for your original agreement on the disclosure statement that was given to you when the loan papers were signed or on the monthly statements sent to you for an open end credit account such as a credit card.

3.    **"Credit Union"** means a financial institution as defined in 12 U.S.C. § 461(b)(1)(A)(iv). It is owned and controlled by and provides financial services to its members and typically uses words like "Credit Union" or initials like "C.U." or "F.C.U." in its name.